[691 NYS2d 760]

In the Matter of FELICE F. MISCHEL, an Attorney, Respondent. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Petitioner.

First Department, May 25, 1999

## APPEARANCES OF COUNSEL

*Jacqueline M. Fitzgerald* of counsel (*Thomas J. Cahill,* attorney), for petitioner.

No appearance for respondent.

## OPINION OF THE COURT

Per Curiam.

Respondent was admitted to the practice of law in this State in 1980, at the Third Judicial Department. During all relevant

periods since then, she has maintained an office for such practice within the First Department.

In 1996 respondent was charged, in a superior court information in Criminal Court, New York County, with offering a false instrument for filing in the first degree, a class E felony in violation of Penal Law § 175.35. Respondent waived indictment and pleaded guilty to the information, acknowledging her knowing and willing intent to defraud the State by filing a false corporate tax return for 1995. On February 19, 1999 she was sentenced to a conditional discharge.

Respondent ceased to be an attorney in New York upon her conviction of a felony (Judiciary Law § 90 [4] [a]). Accordingly, the petition should be granted and respondent's name should be stricken from the roll of attorneys authorized to practice law (Judiciary Law § 90 [4] [b]).

SULLIVAN, J. P., TOM, WALLACH, LERNER and ANDRIAS, JJ., concur.

Petition granted, and respondent's name stricken from the roll of attorneys and counselors-at-law in the State of New York forthwith.